UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN AGUILAR-LOPEZ,<br><br>　　　　Defendant. | Case No. 2:23-mj-00405-VCF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, August 16, 2023 at 9:00 a.m., be vacated and continued to September 27, 2023 at the hour of 9:00 a.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

　　DATED this 15th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE