<pre>
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
</pre>

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEVIN AGUILAR-LOPEZ,<br><br>　　　　Defendant. | Case No. 2:23-mj-00405-MDC<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, February 7, 2024 at 9:00 a.m., be vacated and continued to March 13, 2024 at 9:00 am in 3A before Magistrate Judge Maximiliano D. Couvillier, III.

DATED this 30th day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE