AO 2451 (Rev. 11/16)  Judgment in a Criminal Case for a Petty Offense
                      Sheet 1

# UNITED STATES DISTRICT COURT
District of Nevada

**AMENDED Judgment in a Criminal Case**
(For a Petty Offense)

UNITED STATES OF AMERICA
v.
KEVIN AGUILAR-LOPEZ

Case No.  2:23-MJ-405-VCF

USM No.

Jacquelyn N. Witt, AFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☒ **THE DEFENDANT** pleaded   ☒ guilty   ☐ nolo contendere to count(s)  1 of the Complaint

☐ **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16 USC §470ee(a) and (d), 18 USC § 2 | Unauthorized damage, alteration, or defacement of archeological resources | 5/23/2000 | 1 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) _____

☐ Count(s) _____  ☐ is   ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2985

Defendant's Year of Birth: _____

City and State of Defendant's Residence:
Las Vegas, NV

3/13/2024
Date of Imposition of Judgment

_____
Signature of Judge

MAXIMILIANO D COUVILLIER, III    U.S. Magistrate Judge
Name and Title of Judge

04/09/2024
Date

AO 245I (Rev. 11/16)    Judgment in a Criminal Case for a Petty Offense
Sheet 3 — Criminal Monetary Penalties

Judgment — Page  2  of  2

**DEFENDANT:** KEVIN AGUILAR-LOPEZ
**CASE NUMBER:** 2:23-MJ-405-VCF

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

|        | Assessment | JVTA Assessment* | Fine | Restitution |
|--------|------------|------------------|------|-------------|
| TOTALS | $          | $                | $    | $ 36,278.94 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Bureau of Land Management | | $36,278.94 | |
| Bureau of Land Management c/o Assistant District Manager for Support Services/NV State Budget Officer Re:Rhyolite Damage Restitution Battle Mountain District Office 50 Bastian Road Battle Mountain, NV 89820 | | | |
| TOTALS | $ 0.00 | $ 36,278.94 | |

☑ Restitution amount ordered pursuant to plea agreement $ 36,278.94

☐ The defendant must pay interest on restitution or a fine of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  ☐ the interest requirement is waived for   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

---

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.